# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARLISE BOYER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 19-CV-61-SMY |
| | ) |
| KROGERT LIMITED PARTNERSHIP, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on December 9, 2019 (Doc. 35), this matter is **DISMISSED with prejudice**. Plaintiff shall recover nothing. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED: December 9, 2019**

                                              **MARGARET M. ROBERTIE,**
                                              **Clerk of Court**

                                              **By: s/ Stacie Hurst, Deputy Clerk**

**Approved:** _/s/ Staci M. Yandle_
**STACI M. YANDLE**
**DISTRICT JUDGE**